Motion for leave to appeal to the Court of Appeals granted. Present—Scudder, P.J., Peradotto, Carni and Sconiers, JJ.

■ LAURALEE DAVIDSON, Appellant, v COACH USA, INC., et al., Defendants, and J&J HAULING, INC., et al., Respondents. (Appeal No. 4.) [908 NYS2d 381]—Motion for leave to appeal to the Court of Appeals granted. Present—Scudder, P.J., Peradotto, Carni and Sconiers, JJ.

■ JACQUELYN E. MURAD, Respondent-Appellant, v JOSEPHINE RUSSO, Respondent. (Action No. 1.) CITY OF UTICA, Appellant-Respondent, v JOSEPHINE RUSSO, Respondent. (Action No. 2.) [908 NYS2d 382]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Fahey, Carni, Green and Gorski, JJ.

■ FRANCES J. TAITT, Appellant, v CHARLES D. SNELLING et al., Respondents. (Appeal No. 1.) [908 NYS2d 382]—Motion for reargument denied. Present—Smith, J.P., Fahey, Carni, Green and Gorski, JJ.

■ FRANCES J. TAITT, Appellant, v CHARLES D. SNELLING et al., Respondents. (Appeal No. 2.) [908 NYS2d 382]—Motion for reargument denied. Present—Smith, J.P., Fahey, Carni, Green and Gorski, JJ.

■ JON DENNIS FERRIS, SR., et al., Respondents, v BENBOW CHEMICAL PACKAGING, INC., Appellant. [908 NYS2d 381]—Motion for leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Fahey, Carni, Green and Gorski, JJ.

■ NEW KAYAK POOL CORPORATION, Now Known as KAYAK POOL CORPORATION, et al., Respondents, v KAVINOKY COOK LLP, Appellant, and HODGSON RUSS, LLP, Respondent. [908 NYS2d 382]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Martoche, Sconiers, Green and Gorski, JJ.

■ MICHAEL GUIFFRIDA, Individually and Doing Business as THE STOMPING GROUNDS, et al., Respondents, v STORICO DEVELOPMENT, LLC, et al., Appellants, et al., Defendant. [908 NYS2d 381]—Motion for leave to appeal to the Court of Appeals denied. Present—Peradotto, J.P., Carni, Lindley and Pine, JJ.

■ EUGENE PALLADINO, Respondent, v CNY CENTRO, INC., Respondent, and AMALGAMATED TRANSIT UNION LOCAL 580, Appellant. EUGENE PALLADINO, Respondent, v CNY CENTRO, INC., Respondent, and CHARLES WATSON, as Business Agent of Amalgamated Transit Union Local 580, et al., Appellants. [908